FILED

OCT 21 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Tuesday October 13, 2015

07-14-386-CR

On October 13, 2015 at 6:20 am I was given my legal papers were The Court of Appeals did not grant my request that Mrs. Juile Goen Panger filed on my behalf.

I have no knowledge as to how I need to take the steps so that I can file for a Rehearing with the Seventh Court of Appeals.

I Vincent E. Oliva ask that the Courts of the Seventh Court of Appeals file a Motion for Rehearing with the Seventh Court of Appeals also I would like to go ahead and have a a Motion filed for a pro se Petition for Discretionary Review with the Court of Criminal Appeals.

### Certificate of Service

### Prayer

WHEREFORE, PREMISES CONSIDERED, I Vincent E. Oliva respectfully prays that the Seventh Court of Appeals grants the relief requested in Vincent E. Oliva Motion for Rehearing and Motion for a pro se Petition for Discretionary Review with the Court of Criminal Appeals.

Respectfully submitted
Vincent Oliva # 1964794



NORTH TEXAS TX PeMDC
DALLAS TX 750
15 OCT 2015 PM 8 L

Vincent Oliva #1964794
Allred Unit
101 Fm 369 North
Iowa, Texas 79367

Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas, 79101-2449